IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30735
Conference Calendar
_____

CHARLES ALFORD,

                                        Plaintiff-Appellant,

versus

CHARLES C. FOTI, JR.; MEDICAL DIRECTOR, OPSO,

                                        Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 97-CV-1738-F
- - - - - - - - - - -
February 12, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Charles Alford, Louisiana prisoner #720949, appeals from the
district court's dismissal of his civil rights complaint without
prejudice at his request to dismiss the complaint.  Alford,
however, identifies no error in the district court's dismissal of
the complaint.  See Yohey v. Collins, 985 F.2d 222, 225 (5th Cir.
1993) (issues not argued are deemed abandoned).  Accordingly, the
judgment is AFFIRMED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.